Office of the Clerk
**UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

## NOTICE OF APPEARANCE OF COUNSEL or
## RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

**NOTE:** To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

9th Circuit Case Number(s): 13-15466

Case Name: Marciano Plata, et al.     v.     Governor Edmund G. Brown, Jr., et al.

The Clerk will enter my appearance as counsel on behalf of: Defendants-Appellants Governor Edmund G. Brown, Jr., et al.

[X] Appellant   [ ] Petitioner   [ ] Amicus Curiae   [ ] Appellant/Cross-Appellee
[ ] Appellee    [ ] Respondent   [ ] Intervenor      [ ] Appellee/Cross-Appellant

[X] Check if you are lead counsel. Lead counsel must be designated if a party is represented by more than one attorney or law firm.

[ ] Re-Assignment. (Optional) This case has been re-assigned to me from another attorney in my office (for ex., the Federal Public Defenders Office, OIL, or a law firm). Enter name of counsel you are replacing below.

I am replacing (name of counsel):

Signature (use "s/" format): /s/ Jose A. Zelidon-Zepeda     Date: 4/9/2013

Name: Jose A. Zelidon-Zepeda

Address: California Attorney General's Office
455 Golden Gate Avenue, Suite 11000

City: San Francisco     State: CA     Zip Code: 94102

Phone Number (including area code): (415) 703-5781